**THE LAW OFFICES OF PAUL A. MONTUORI, P.C.**
Paul A. Montuori, Esq. (Pm 5787)
265 Post Ave., Suite 270
Westbury, NY 11590
(516) 338-4714
pmontuori@montuorilaw.com
Attorneys for Plaintiff,
US ex. rel. J. Scaduto & Son, Inc.



| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of J. SCADUTO & SON, INC.,<br>　　　　　　　　Plaintiff<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE CO. and AGENCY CONSTRUCTION CORP.,<br>　　　　　　　　Defendants | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK<br><br>08 CV 01885<br><br>Civil Action No.<br>"ECF Case"<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, as amended, J. Scaduto & Son, Inc., hereby discloses, by its attorney, that no parent corporation or publically held corporation owns 10% or more of its stock.

　　　　　　　　　　　　　　　**LAW OFFICES OF PAUL A. MONTUORI, P.C.**
　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　J. Scaduto & Son, Inc.


Dated:  February 25, 2008　　　/s/ Paul A. Montuori
　　　　　　　　　　　　　　　Paul A. Montuori, Esq. (PM 5787)

**THE LAW OFFICES OF PAUL A. MONTUORI, P.C.**
Paul A. Montuori, Esq. (Pm 5787)
265 Post Ave., Suite 270
Westbury, NY 11590
(516) 338-4714
pmontuori@montuorilaw.com
Attorneys for Plaintiff,
US ex. rel. J. Scaduto & Son, Inc.



| UNITED STATES OF AMERICA for the use and benefit of J. SCADUTO & SON, INC., Plaintiff<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE CO. and AGENCY CONSTRUCTION CORP., Defendants | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK<br><br>08 CV 01885<br><br>Civil Action No.<br>"ECF Case"<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |
|---|---|

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, as amended, J. Scaduto & Son, Inc., hereby discloses, by its attorney, that no parent corporation or publically held corporation owns 10% or more of its stock.

**LAW OFFICES OF PAUL A. MONTUORI, P.C.**
Attorneys for Plaintiff,
J. Scaduto & Son, Inc.

Dated: February 25, 2008

/s/ Paul A. Montuori
Paul A. Montuori, Esq. (PM 5787)