**AFFIDAVIT OF SERVICE**

Index #: __08 CV 01885__

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK COUNTY**

Date Purchased: __February 26, 2008__
Date Filed: _____
Court Date: _____

ATTORNEY(S): PAUL A. MONTUORI ESQ. ; PAUL A. MONTUORI, ESQ.    PH: 516-338-4714
ADDRESS: 265 POST AVE., SUITE 270  WESTBURY  NY  11590    File No.:

*UNITED STATES OF AMERICA for the use and benefit of J. SCADUTO & SON, INC.,*
vs.
*LIBERTY MUTUAL INSURANCE CO. and AGENCY CONSTRUCTION CORP.,*    Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF __Pennsylvania__, COUNTY OF __Montgomery__   SS.: __Brandon Segal__, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On __3/6/08__ at __2:40 pm__
at __450 Plymouth Road Suite 400 Plymouth Meeting, Pennsylvania 19462__, deponent served the within Summons, Complaint, Rule 7.1 Disclosure Statement(2), Civil Cover Sheet, Individual Practice Rules for Judge Lynch Instruc For Filing An Electronic Case or Appeal Procedures & Guidelines For Electronic Case Filing Individual Practice Rules For Magistrate Judge
with Index Number __08 CV 01885__, and Date Purchased __February 26, 2008__ endorsed thereon, Dolinger & Conner
on: __Liberty Mutual Insurance Company__, __Defendant__ therein named. To Proceed Before United States Magistrate

**#1 INDIVIDUAL** ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** ☑ By delivering to and leaving with __Mark Smith - Legal rep__ so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation. and that deponent knew the person

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON** ☐ By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** ☐ By affixing a true copy of each to the door of said premises, which is recipient's:  [ ] actual place of business [ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY** ☐ On _____, deponent completed service under the last two sections by depositing a copy of the postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____ to the above address in a 1st Class
Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____

**#6 NON-SRVC** ☐ After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address   [ ] Evading   [ ] Moved left no forwarding
[ ] Address does not exist   [ ] Other: _____

**#7 DESCRIPTION** ☑ A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex __M__   Color of skin __W__   Color of hair __Brown__   Age __40__   Height __5'7"__
Weight __195__   Other Features: _____

**#8 WIT. FEES** ☐ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARY SRVC** ☐ Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of _____ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#10 OTHER** ☐ _____

Sworn to before me on this __10th__ day of __March 2008__

X __[signature]__
Notary

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MAYA GERSHKOVICH, Notary Public
Bensalem Twp., Bucks County
My Commission Expires October 18, 2011

X __[signature]__
Process Server - Brandon Segal
Please Print Name Below Signature

Invoice·Work Order # 0808291

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 - TEL 516-333-6380 • FAX 516-333-6382

**AFFIDAVIT OF SERVICE**

Index #: 08 CV 01885
Date Purchased: February 26, 2008
Date Filed: _____
Court Date: _____

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**
**COUNTY**

ATTORNEY(S): PAUL A. MONTUORI ESQ. : PAUL A. MONTUORI, ESQ.   PH: 516-338-4714
ADDRESS: 265 POST AVE., SUITE 270 WESTBURY NY 11590   File No.:

*UNITED STATES OF AMERICA for the use and benefit of J. SCADUTO & SON, INC.,*

*Plaintiff(s)/Petitioner(s)*

vs.

*LIBERTY MUTUAL INSURANCE CO. and AGENCY CONSTRUCTION CORP.,*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU    SS.:

_____ROBERT A. WINCKELMANN_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ___March 5, 2008___ at ___9:00 AM___ at ___526 FAYETTE AVE MAMARONECK, NY 10543___, deponent served the within **Summons, Complaint, Rule 7.1 Disclosure Statement(2), Civil Cover Sheet, Individual Practice Rules for Judge Lynch, Instructions For Filing An Electronic Case or Appeal, Procedures For Electronic Case Filing, Guidelines For Electronic Case Filing, Individual Practice Rules for Magistrate Judge Dolinger and Consent To Proceed Before United States Magistrate** with Index Number ___08 CV 01885___, and Date Purchased ___February 26, 2008___ endorsed thereon, on: **AGENCY CONSTRUCTION CORP.**, **Defendant** therein named.

#1 INDIVIDUAL [ ]   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [X]   By delivering to and leaving with ___MARY DEJOYA - OFFICE MANAGER___ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

#3 SUITABLE AGE PERSON [ ]   By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ]   By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

#5 MAIL COPY [ ]   On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

#6 NON-SRVC [ ]   After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: _____

#7 DESCRIPTION [X] (use with #1, 2 or 3)   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows: Sex ___Female___ Color of skin ___Brown___ Color of hair ___Black___ Age ___36 - 50 Yrs.___ Height ___5' 4" - 5' 8"___ Weight ___100 - 130 Lbs.___ Other Features: _____

#8 WIT. FEES [ ]   the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC [ ]   Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 OTHER

Sworn to before me on this ___6___ day of ___March, 2008___

BARBARA A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010

ROBERT A. WINCKELMANN
Server's Lic # 0971194
Invoice•Work Order # 0808006

*CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 - TEL 516-333-6380 • FAX 516-333-6382*

**THE LAW OFFICES OF PAUL A. MONTUORI, P.C.**
Paul A. Montuori, Esq. (Pm 5787)
265 Post Ave., Suite 270
Westbury, NY 11590
(516) 338-4714
pmontuori@montuorilaw.com
Attorneys for Plaintiff,
US ex. rel. J. Scaduto & Son, Inc.



| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of J. SCADUTO & SON, INC., Plaintiff, | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK |
| v. | Civil Action No. "ECF Case" |
| LIBERTY MUTUAL INSURANCE CO. and AGENCY CONSTRUCTION CORP., Defendants. | **SUMMONS** |

**To the Above Named Defendants:**

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer on the plaintiff's attorney listed above within 20 days after the service of this summons and complaint, exclusive of the day of service of this summons, or, if service was waived, within 60 days after such request for waiver was sent, or within 90 days if such waiver was sent to a defendant outside a judicial district of the United States, exclusive of the day such waiver was sent, said complaint being brought before the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007.

In case of your failure to answer this summons, a judgment by default will be taken against you for the relief demanded in the complaint, together with the costs of this action.

Dated: New York, New York
February 2008      **J. MICHAEL McMAHON**
FEB 2 6 2008

_____
Clerk, United States District Court
Southern District of New York

TO: Liberty Mutual Insurance Company          Agency Construction Corp.
    450 Plymouth Road, Suite 400              526 Fayette Ave.
    Plymouth Meeting, PA 19462                Mamaroneck, NY 10543