

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA for the use and
benefit of J. SCADUTO & SON, INC.,

            Plaintiff,

-v-

LIBERTY MUTUAL INSURANCE COMPANY and
AGENCY CONSTRUCTION CORP.,

            Defendants,
---------------------------------------------------------X

Civil Action No.: 08 CV 01885 (GEL)
"EFC Case"

STIPULATION EXTENDING TIME
TO ANSWER

IT IS HEREBY STIPULATED AND AGREED, that:

1. The time for the Defendants named herein to respond to the Complaint is hereby extended to and including April 24, 2008; and

2. Signatures appearing herein transmitted via facsimile shall be deemed original and enforceable as such.

3. This Stipulation may be signed in counterpart.

Dated: March 24, 2008

                                            SO ORDERED

                                            HON. GERARD E. LYNCH
                                            3/25/08

| THE LAW OFFICES OF PAUL A. MONTUORI, P.C. | DELBELLO DONNELLAN WEINGARTEN WISE & WIEDERKEHR, LLP |
|---|---|
| By: PAUL A. MONTUORI, ESQ. | By: EVAN WIEDERKEHR, ESQ. |
| Attorney for Plaintiff | Attorneys for Defendants |
| J. SCADUTO & SON, INC. | AGENCY CONSTRUCTION CORP. |
| 265 Post Avenue – Suite 270 | One North Lexington Avenue, 11th Floor |
| Westbury, New York 11590 | White Plains, New York 10601 |
| (516) 338-4714 | (914) 681-0200 |
| (516) 334-2539 (fax) | (914) 684-0288 (fax) |

134028-1
007451-003

WESTERMANN HAMILTON SHEEHY
AYDELOTT & KEENAN, LLP

By: *[signature]* CHRISTOPHER J. SHEEHY, ESQ. (CS-1706)
Attorneys for Defendants
LIBERTY MUTUAL INSURANCE COMPANY
100 Quentin Roosevelt Blvd. – Suite 502
Garden City, New York 11530
(516) 794-7500
(516) 794-1277 (fax)