| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of J. SCADUTO & SON, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE CO. and AGENCY CONSTRUCTION CORP., <br> Defendants. | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK <br><br> Civil Action No. 08 CV 01885 (GEL) "ECF Case" <br><br> **CERTIFICATE OF SERVICE FOR PLAINTIFF'S FIRST AMENDED COMPLAINT** |

The undersigned, counsel for Plaintiff J. Scaduto & Son, Inc., hereby deposes and says that on the 23rd day of May 2008, that I did cause a true and correct copy of Plaintiff's First Amended Complaint, with exhibits, to be served on the foregoing by electronic mail and first class mail, postage prepaid, to:

Evan Wiederkher, Esq.
Delbello, Donnellan, Weingarten, Wise, & Wiederkehr, LLP
Attorneys for Defendant Agency Construction Corp.
One North Lexington Avenue
White Plains, NY 10601
EW@ddw-law.com

Christopher J. Sheehy, Esq.
Westermann, Hamilton, Sheehy, Aydelott & Keenan, LLP
Attorneys for Defendant Liberty Mutual Insurance Company
100 Quentin Roosevelt Blvd., Suite 502
Garden City, New York 11530
Christophersheehy@westerlaw.com

THE LAW OFFICES OF PAUL A. MONTUORI, P.C.

*/s/ Paul A. Montuori*
 By: Paul A. Montuori, Esq. (PM 5787)
Attorney for Plaintiff
265 Post Ave., Suite 270
Westbury, NY 11590
(516) 338-4714
pmontuori@montuorilaw.com

Dated: May 23, 2008