| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of<br>J. SCADUTO & SON, INC.,<br><br>Plaintiff,<br><br>-v-<br><br>LIBERTY MUTUAL INSURANCE COMPANY and AGENCY CONSTRUCTION CORP.,<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK<br><br><br>Civil Action No.: 08 CV 01885<br>"EFC Case"<br><br>RULE 7.1 DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, as amended, Agency Construction Corp., hereby discloses, by its attorneys, DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, that no parent corporation or publicly held corporation owns ten percent (10%) or more of its stock.

Dated: White Plains, New York
       June 12, 2008

                                          DelBello Donnellan Weingarten
                                          Wise & Wiederkehr, LLP
                                          Attorneys for Defendant
                                          Agency Construction Corp.

                                          By:_____
                                          Evan Wiederkehr (EW9488)
                                          One North Lexington Avenue
                                          White Plains, New York  10601
                                          (914) 681-0200