USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of J. SCADUTO & SON, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE CO. and AGENCY CONSTRUCTION CORP., <br><br> Defendants. | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK <br><br> Civil Action No. 08 CV 01885 (GEL) "ECF Case" <br><br> STIPULATION EXTENDING TIME To ANSWER COUNTERCLAIMS |

IT IS HEREBY STIPULATED AND AGREED:

1. That the time the Plaintiff named herein to respond to Defendant Agency Construction Corp.'s Counterclaims is extended up to and including July 11, 2008

2. Signatures appearing herein transmitted via facsimile shall be deemed original and enforceable as such.

3. This Stipulation may be signed in counterpart.

Dated: June 30, 2008

THE LAW OFFICES OF PAUL A. MONTUORI, P.C.

_____
By: Paul A. Montuori, Esq.
Attorney for Plaintiff
J. Scaduto & Son, Inc.
265 Post Ave., Suite 270
Westbury, NY 11590
(516) 338-4714
(516) 334-2539 (fax)

DELBELLO DONNELLAN WEINGARTEN & WIEDERKEHR, LLP

_____
By: Evan Wiederkehr, Esq
Attorneys for Defendant
Agency Construction Corp.
One North Lexington Ave., 11th Fl
White Plains, NY 10601
(914) 681-0200
(914) 684-0288 (fax)

WESTERMANN HAMILTON SHEEHY
AYDELOTT & KEENAN, LLP

*Cu Fiorello*

By: Carolyn ~~Kearney, Esq.~~ Fiorello, Esq.
Attorney for Defendants
Liberty Mutual Insurance Co.
100 Quentin Roosevelt Blvd., Ste. 502
Garden City, NY 11530
(516) 794-7500
(516) 794-1277 (fax)

SO ORDERED

*Gerard E Lynch*
Hon. Gerard E. Lynch

6/30/08