UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
:
THE UNITED STATES OF AMERICA,           :
for the use and benefit of                           :
J. SCADUTO & SON, INC.,                         :
:
:
Plaintiff,         :
:         08 Civ. 1885 (GEL)
-against-                                :
:                **ORDER**
LIBERTY MUTUAL INSURANCE CO.    :
and AGENCY CONSTRUCTION CORP., :
:
Defendants.    :
:
------------------------------------------------------x

GERARD E. LYNCH, <u>District Judge</u>:

      The parties having appeared before the Court for a conference on July 1, 2008, it is hereby ORDERED that the briefing schedule for plaintiff's contemplated motion for judgment on the pleadings is as follows:

1.      Plaintiff's motion for judgment on the pleadings, if any, shall be filed by July 11, 2008.

2.      Defendant's response shall be filed by August 1, 2008.

3.      Plaintiff's reply, if any, shall be filed by August 8, 2008.

SO ORDERED:

Dated: New York, New York
       July 2, 2008

                                                          GERARD E. LYNCH
                                                        United States District Judge