| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of J. SCADUTO & SON, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE CO. and AGENCY CONSTRUCTION CORP.,<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK<br><br><br>Civil Action No. 08 CV 01885 (GEL) "ECF Case"<br><br><br>NOTICE OF MOTION |

**PLEASE TAKE NOTICE,** that upon the annexed Declaration of Paul A. Montuori, Esq., sworn to on June 27, 2008, the pleadings attached as exhibits thereto, and the accompanying Memorandum of Law in Support of this Motion, plaintiff J. Scaduto & Son, Inc., will move this Honorable Court, before the Honorable Gerard E. Lynch, United States District Judge, for an Order pursuant to Rule 12(c) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, granting plaintiff judgment on the pleadings herein and dismissing Defendant Agency Construction Corp.'s counterclaims in their entirety.

**I declare under Penalty of Perjury that the foregoing is true and correct.**

**THE LAW OFFICES OF PAUL A. MONTUORI, P.C.**

/s/ Paul A. Montuori
By: Paul A. Montuori, Esq. (PM 5787)
Attorney for Plaintiff
265 Post Ave., Suite 270
Westbury, NY 11590
(516) 338-4714
pmontuori@montuorilaw.com

Of Counsel:

Kevin C. Palmeri, Esq. (KP 7556)
The Law Offices of Kevin C. Palmeri, LLC
2100 Deer Park Ave., Suite 3
Deer Park, NY 11729

William G. Kelly (WK 2982)
Goldberg Segalla LLP
170 Hamilton Ave., Suite 203
White Plains, NY 10601

Dated: July 7, 2008
       Westbury, NY

To:    Evan Wiederkher, Esq.
       Delbello, Donnellan, Weingarten, Wise, & Wiederkehr, LLP
       Attorneys for Defendant Agency Construction Corp.
       One North Lexington Avenue
       White Plains, NY 10601
       EW@ddw-law.com

       Caroyln K. Fiorello, Esq.
       Westermann, Hamilton, Sheehy, Aydelott & Keenan, LLP
       Attorneys for Defendant Liberty Mutual Insurance Company
       100 Quentin Roosevelt Blvd., Suite 502
       Garden City, New York 11530
       carolynkearney@westerlaw.com