| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of J. SCADUTO & SON, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE CO. and AGENCY CONSTRUCTION CORP.,<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK<br><br><br>Civil Action No. 08 CV 01885 (GEL)<br>"ECF Case"<br><br><br>**CERTIFICATE OF SERVICE** |

   I the undersigned, counsel for Plaintiff J. Scaduto & Son, Inc., in the above-captioned matter, do hereby declare that on July 8, 2008 and I did serve true and correct copies of Plaintiff's Notice of Rule 12 Motion, with accompanying Memorandum of Law in Support of Motion and Declaration, with exhibits thereto, in Support of Motion on the counsel to the Defendants listed below, via Federal Express Overnight Delivery and Electronic Mail:

Evan Wiederkher, Esq.
Delbello, Donnellan, Weingarten, Wise, & Wiederkehr, LLP
Attorneys for Defendant Agency Construction Corp.
One North Lexington Avenue
White Plains, NY 10601
EW@ddw-law.com

Caroyln K. Fiorello, Esq.
Westermann, Hamilton, Sheehy, Aydelott & Keenan, LLP
Attorneys for Defendant Liberty Mutual Insurance Company
100 Quentin Roosevelt Blvd., Suite 502
Garden City, New York 11530
carolynkearney@westerlaw.com

**I declare under Penalty of Perjury that the foregoing is true and correct.**

       /s/ Paul A. Montuori
       By: Paul A. Montuori, Esq. (PM 5787)
       Attorney for Plaintiff
       265 Post Ave., Suite 270
       Westbury, NY 11590
       (516) 338-4714
       pmontuori@montuorilaw.com

Dated: July 10, 2008