Evan Wiederkehr (EW9488)
DelBello Donnellan Weingarten
Wise & Wiederkehr, LLP
Attorneys for Agency Construction Corp.
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of<br>J. SCADUTO & SON, INC.,<br><br>Plaintiff,<br><br>-v-<br><br>LIBERTY MUTUAL INSURANCE COMPANY and AGENCY CONSTRUCTION CORP.,<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK<br><br><br>Civil Action No.: 08 CV 01885<br>"EFC Case" |

## CERTIFICATE OF SERVICE

I, Evan Wiederkehr, hereby certify that true and correct copies of the foregoing DECLARATION IN OPPOSITION TO PLAINTIFF'S RULE 12 MOTION and MEMORANDUM OF LAW, were served by the Court's electronic notification system and by first class mail on this 1st day of August, 2008, to:

Paul A. Montuori, Esq.
Law Offices of Paul A. Montuori, P.C.
Attorney for Plaintiff
265 Post Avenue, Suite 270
Westbury, New York 11590
(516) 338-4714

Christopher J. Sheehy, Esq.
Westermann, Hamilton, Sheehy, Aydelott & Keenan, LLP
Attorney for Liberty Mutual
100 Quentin Roosevelt Blvd., Suite 502
Garden City, New York 11530

Dated:  White Plains, New York
        August 1, 2008

_____
Evan Wiederkehr

1250471
50001920-174