| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of J. SCADUTO & SON, INC., | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK |
| Plaintiff, | |
| v. | Civil Action No. 08 CV 01885 (GEL) "ECF Case" |
| LIBERTY MUTUAL INSURANCE CO. and AGENCY CONSTRUCTION CORP., Defendants. | |

## CERTIFICATE OF SERVICE

I, Paul A. Montuori, Esq., counsel for the Plaintiff in the above-referenced case, do hereby certify that I have, on the 8th Day of August, 2008, caused a true and correct copy of Plaintiff's Reply Memorandum of Law in Support of its Rule 12 Motion, to be served via electronic mail and by depositing the same in a receptacle maintained by the United States Postal Service, first class postage prepaid to:

Evan Wiederkher, Esq.
Delbello, Donnellan, Weingarten, Wise, & Wiederkehr, LLP
Attorneys for Defendant Agency Construction Corp.
One North Lexington Avenue
White Plains, NY 10601
EW@ddw-law.com

Caroyln K. Fiorello, Esq.
Westermann, Hamilton, Sheehy, Aydelott & Keenan, LLP
Attorneys for Defendant Liberty Mutual Insurance Company
100 Quentin Roosevelt Blvd., Suite 502
Garden City, New York 11530
carolynkearney@westerlaw.com

**I declare under Penalty of Perjury that the foregoing is true and correct.**

**THE LAW OFFICES OF PAUL A. MONTUORI, P.C.**

/s/ Paul A. Montuori
By: Paul A. Montuori, Esq. (PM 5787)
Attorney for Plaintiff
265 Post Ave., Suite 270
Westbury, NY 11590
(516) 338-4714
pmontuori@montuorilaw.com

Dated: August 8, 2008