# DELBELLO DONNELLAN WEINGARTEN
## WISE & WIEDERKEHR, LLP

THOMAS R. BEIRNE
BRIAN T. BELOWICH°
RICHARD BEMPORAD
ANN FARRISSEY CARLSON°
ALFRED B. DELBELLO
ALFRED E. DONNELLAN†
JANET J. GIRIS▼
FRANK J. HAUPEL
PAUL I. MARX†
FAITH G. MILLER
KEVIN J. PLUNKETT■
PATRICK M. REILLY
BRADLEY D. WANK★
JAMES J. SULLIVAN
MARK P. WEINGARTEN°
LEE S. WIEDERKEHR
PETER J. WISE, AICP †

JACOB E. AMIR
STEFANIE A. BASHAR°
MATTHEW S. CLIFFORD†
JENNIFER M. JACKMAN°
JENNIFER A. LOFARO°
SUSAN CURRIE MOREHOUSE
PERRY M. OCHACHER
STEPHAN A. RAPAGLIA
BIANCA L. RESMINI°
MICHAEL J. SCHWARZ°
DANIEL G. WALSH
EVAN WIEDERKEHR
KRISTEN KELLEY WILSON°
HEIDI WINSLOW

COUNSELLORS AT LAW

THE GATEWAY BUILDING
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601

(914) 681-0200
FACSIMILE (914) 684-0288

ANDREW J. BALINT
RICHARD A. KATZIVE
BRANDON R. SALL★
ELIOT M. SCHUMAN
DAVID R. SELZNICK & CO., LLP

COUNSEL

°MEMBER OF NY & CT BARS
†MEMBER OF NY & NJ BARS
★MEMBER OF NY & DC BARS
▼MEMBER OF NY, NJ & MA BARS
■MEMBER OF NY & FL BARS
★MEMBER OF NY, NJ, CT & FL BARS

August 8, 2008

**VIA ELECTRONIC TRANSMISSION**
Hon. Gerard E. Lynch
United States District Court
Southern District of New York
500 Pearl Street, Room 910
New York, New York 10007

RE:  The United States of America for the Use and Benefit of J. Scaduto & Son, Inc. v. Liberty Mutual Insurance Co. and Agency Construction Corp.
Case No. 08 CV 01885

Dear Honorable Sir:

The undersigned is the attorney for Agency Construction Corp. in the above referenced matter. Consistent with the Court's directive, Agency's responsive papers to Plaintiff's Rule 12 motion were served and filed on August 8, 2008. However, since such time, it has become known to me that the Memorandum of Law served on behalf of Agency Construction Corp. contained an incorrect citation as well as a misspelled word.

By reason of the foregoing, Your Honor's indulgence is requested to permit Agency Construction Corp. to serve and file an Amended Memorandum of Law. None of the changes are substantive and I have received the consent of Plaintiff's counsel concerning the limited corrections.

Thank you for courtesy in this regard.

Respectfully submitted,

Evan Wiederkehr

cc:  Paul Montouri, Esq. (via electronic transmission)
Carolyn Fiorello, Esq. (via electronic transmission)

1256187
50000660-021