UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
                           :

THE UNITED STATES OF AMERICA,   :
for the use and benefit of          :
J. SCADUTO & SON, INC.,         :
                           :

              Plaintiff,   :

                           :       08 Civ. 1885 (GEL)

   -against-                :

                           :         **ORDER**

LIBERTY MUTUAL INSURANCE CO.   :
and AGENCY CONSTRUCTION CORP., :
                           :

            Defendants.   :
                           :
-----------------------------------------------------x

GERARD E. LYNCH, District Judge:

      The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.


SO ORDERED.

Dated: New York, New York
       August 25, 2008

                                     _____
                                      GERARD E. LYNCH
                            United States District Judge

The Clerk of Court is directed
to close this case. Any pending
motions are moot.