| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of J. SCADUTO & SON, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE CO. and AGENCY CONSTRUCTION CORP., <br> Defendants. | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK <br><br><br> Civil Action No. 08 CV 01885 (GEL) "ECF Case" |

<u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u>

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff J. Scaduto & Son, Inc., and/or its counsel, hereby give notice that its claims in the above-captioned action against Agency Construction Corp. and Liberty Mutual Insurance Co. are voluntarily dismissed with prejudice, and Plaintiff-in-Counterclaim Agency Construction Corp., and or its counsel, hereby gives notice that its counterclaims in the above-captioned action against J. Scaduto & Son, Inc. are voluntarily dismissed without prejudice.  Each party shall be responsible for paying its own costs.

Dated: August 26, 2008

Delbello, Donnellan, Weingarten, Wise, & Wiederkehr, LLP

/s/<u>Evan Wiederkher</u>
By: Evan Wiederkher, Esq.
    Attorneys for Defendant/Plaintiff in Counterclaim Agency Construction Corp.
    One North Lexington Avenue
    White Plains, NY 10601
    (914) 681-0200
    EW@ddw-law.com


The Law Offices of Paul A. Montuori, P.C.

/s/ <u>Paul A. Montuori</u>
By: Paul A. Montuori, Esq.
    Attorneys for Plaintiff/Defendant in Counterclaim J. Scaduto & Son, Inc.
    265 Post Ave., Suite 270
    Westbury, NY 11590
    (516) 338-4714
    pmontuori@montuorilaw.com

Westermann, Hamilton, Sheehy, Aydelott & Keenan, LLP

/s/Carolyn K. Fiorello, Esq.
By: Carolyn K. Fiorello
Attorneys for Defendant Liberty Mutual Insurance Company
100 Quentin Roosevelt Blvd., Suite 502
 Garden City, New York 11530
(516) 794-7500
carolynkearney@westerlaw.com