| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of J. SCADUTO & SON, INC., <br><br>   Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE CO. and AGENCY CONSTRUCTION CORP., <br>   Defendants. | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK <br><br> Civil Action No. 08 CV 01885 (GEL) <br> "ECF Case" |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff J. Scaduto & Son, Inc., and/or its counsel, hereby give notice that its claims in the above-captioned action against Agency Construction Corp. and Liberty Mutual Insurance Co. are voluntarily dismissed with prejudice, and Plaintiff-in-Counterclaim Agency Construction Corp., and or its counsel, hereby gives notice that its counterclaims in the above-captioned action against J. Scaduto & Son, Inc. are voluntarily dismissed without prejudice. Each party shall be responsible for paying its own costs.

Dated: August 26, 2008

Delbello, Donnellan, Weingarten, Wise, & Wiederkehr, LLP

By: Evan Wiederkher, Esq.
Attorneys for Defendant/Plaintiff in Counterclaim Agency Construction Corp.
One North Lexington Avenue
White Plains, NY 10601
(914) 681-0200
EW@ddw-law.com


The Law Offices of Paul A. Montuori, P.C.

By: Paul A. Montuori, Esq.
Attorneys for Plaintiff/Defendant in Counterclaim J. Scaduto & Son, Inc.
265 Post Ave., Suite 270
Westbury, NY 11590
(516) 338-4714
pmontuori@montuorilaw.com

Westermann, Hamilton, Sheehy, Aydelott & Keenan, LLP

*[signature]*

By: Carolyn K. Fiorello
Attorneys for Defendant Liberty Mutual Insurance Company
100 Quentin Roosevelt Blvd., Suite 502
Garden City, New York 11530
(516) 794-7500
carolynkearney@westerlaw.com